# UNITED STATES DISTRICT COURT

<u>        EASTERN    </u> District of <u>   WISCONSIN         </u>

JUDGMENT IN A CIVIL CASE

Carrie Meyer

        v.                  CASE NUMBER:    07-C-649

Metropolitan Life Insurance Company

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by Court. This action came on for a decision before the court, the Honorable Rudolph T. Randa, District Judge, presiding, and the issues have been heard and a decision having been rendered,

     IT IS ORDERED AND ADJUDGED that MetLife's Motion for Summary Judgment (Docket No. 19) is granted and this action is dismissed.

<u>Dated: July 14, 2008        </u>          <u>JON W. SANFILIPPO             </u>
                                           Clerk of Court


                                           By: <u>s/ Regina Torcivia           </u>
                                           Deputy Clerk